# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Cheryl L. Pollak__  DATE: __5/11/21__

DOCKET NUMBER: __21CR254(RPK)__  WebEx LOG #: __6:00-6:30__

DEFENDANT'S NAME: __Heather Busch__
__X__ Present  ___ Not Present  __X__ Custody  ___ Bail

DEFENSE COUNSEL: __Douglas Morris__
__X__ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Ryan Harris__  CLERK: __Lewis Hugh__

INTERPRETER: _____ (Language)

__X__ Defendant arraigned on the: __X__ indictment  ___ superseding indictment  ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

__X__ DETENTION HEARING Held.  __X__ Defendant's first appearance.

- __X__ Bond set at __$200,000__. Defendant __X__ released ___ held pending satisfaction of bond conditions.
- __X__ Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on her behalf.
- __3__ Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on their behalf.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Oral Order of Excludable Delay/Speedy Trial entered. Start __5/11/21__  Stop __5/19/21__

___ Rule 5f warnings given to the Govt.  ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

__X__ Status conference set for __5/19/21@ 12:00 pm__ before Judge __Kovner__

Other Rulings: __All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Laura Fahmy appeared via teleconference. Dfse counsel & govt agree on a $200,000 with 3 sureties. 3 sureties appeared via teleconference, sworn & advised of the bond obligations.__