# HEATHER BUSCH
# LETTERS IN SUPPORT

| | | |
|---|---|---|
| EXH | B | ANN BUSCH |
| EXH | C | SHANNON BUSCH |
| EXH | D | GINA GOLDBERG |
| EXH | E | JOSEPHINE ROBLEDO |
| EXH | F | ALAINA BAKEWICZ |
| EXH | G | TIFFANY LaVARDERA |
| EXH | H | EMILY BUSCH |
| EXH | I | JONATHAN BUSCH |
| EXH | J | LORI BILBOA |
| EXH | K | KEVIN HYLAND |
| EXH | L | DOREEN CRINIGAN |
| EXH | M | CATHERINE SHINE |
| EXH | N | KEVIN SHEA |

Ann Busch

September 7th, 2021

To the Honorable Judge Kovner,

I am writing this letter to express my support for my daughter Heather Busch, and to assure you that she is a quality person of exceptional moral and ethical character. It is my understanding that while Heather made an extremely poor choice, she did not seek out the individuals involved in this situation and would never have approached someone seeking to participate in an illegal event. I believe that Heather felt an immense pressure from someone she considered a friend and role model and made her decision under the impression that it was the best way to appease the individuals that approached her while believing that she would be leaving her current area of work and placed in a position where she would no longer be required to fulfil any promises made to them. Unfortunately, she did not know how to effectively extricate herself from these individuals and the auspicious situation she found herself in.

Heather is a very loving and supportive mother, friend and daughter. She was my main source of support when my husband died 5 years ago, and we were of great comfort to each other. In recent years I have undergone multiple medical procedures and have relied heavily upon Heather for assistance. Heather was well liked and respected by her peers and co-workers who often sought her out for advice. It was abundantly clear that she cared deeply for the community that she served, often staying in touch with victims of domestic abuse and staying late at work to ensure that people in need got the help that they required even as it caused her to miss time away from her own family.

Even as a child, Heather has always been committed to her family. When she was about 7 years old, my third daughter was born. My husband was at that time out of work after suffering a knee injury and retiring from the NYPD. It was a struggle for him to be home with three very young girls, one of which was a newborn when I returned to work. Heather became a second mother to her sisters, she would help with cooking, cleaning, laundry, and watching her sisters. Every night she told them bedtime stories. She helped my middle daughter Emily with school work and tutored Shannon when she struggled with learning to read. When Heather entered high school she became involved in an extremely toxic and abusive relationship. While this was without a doubt a horrible and traumatic experience for her, it was also a major factor in her decision to request a position working for the NYPD'S housing bureau where she knew she would be able to work with and help the victims of domestic abuse.

Heather is an exceptional mother. Her son [redacted], age [redacted] has both attention and behavioral issues and requires consistent supportive and loving care. She has endless patience with him and helps to keep him on track with a consistent schedule. Her daughter [redacted], age

is a sweet and loving little girl who relies on her mother deeply. I am very concerned for the children's ability to thrive in the absence of their mother.

I appreciate the time you spend in consideration of my daughter's previous excellent reputation and the unwitting situation that she has found herself in. She has made very clear to me her extreme remorse and takes to heart the full responsibility of her actions. Since retiring from the NYPD, Heather has begun a new employment at a great financial loss and is making every attempt to support herself and her family as she moves forward toward once again becoming a productive member of society. I kindly ask you to take into consideration the needs of her children and family when making your determination.

Sincerely,

Ann Busch

Shannon M Busch

To the Honorable Judge Kovner,

My name is Shannon Busch and I am writing this letter on behalf of my eldest sister Heather in an effort to communicate support for her and give testament towards her character. When Heather was arrested, our family was devastated and shocked. Heather has always been a pillar of substantial support in many ways to the family and especially to myself throughout my life. I have turned to Heather for advice, comfort, assistance and much more especially in recent years. She has always been there unfalteringly to help me with anything I needed.

Two years ago I was diagnosed with [redacted] which has had a hugely detrimental effect on my ability to function as well as my quality of life. Even though she was working full time and had two young children of her own, when I was unable to drive, Heather would get up early to drive me to work, take me to doctor's appointments, and bring me to the laundry mat or grocery store. Whenever I was experiencing an episode that diminished my ability to function she would bring me groceries, prepare my meals and do the grocery shopping for me. When I feel frustrated or need someone to talk to she is there to listen or help with anything I need.

I have always thought of Heather as a second mother to me. When our father suddenly and unexpectedly passed away she went to the hospital morgue at 2am to identify his body with my mother and myself. To say she was devastated would be an understatement. Heather immediately stepped up and began going through the household bills, settling bank accounts, and helping my mother with funeral arrangements. I never saw her waver throughout the entire process. She later told me that the first time she was able to process her own grief was months later.

Despite the 7 years between us, Heather was my constant companion and best friend growing up. She brought me along to every play date she had, read children's books to me, played with Barbie dolls and watched every Disney movie we owned even though she was well into her late teen years. I struggled with learning to read all throughout elementary school. It was difficult with our limited funds at home but my parents tried everything from private tutors to eventually putting me into private school. I was so frustrated with the process of learning that I wanted nothing to do with reading and was steadily falling further and further behind. Heather was instrumental in helping me become interested in books and feeling confident enough to try to read on my own. She made me a deal, for every page that I read her from Harry Potter and the Sorcerer's Stone, she would read the next three pages. I was so engrossed in the story that before long I was reading independently, not even noticing that I had gone past my designated page. Heather now reads those same books with her children every night before bed.

[redacted] and [redacted], who are [redacted] and [redacted] respectively, rely on their mother for everything. She gets them ready for school, helps with homework, cooks, cleans and takes them to and from all of their activities. Her partner Kevin works nights which means Heather is with the children the majority of the time. Through Heather, the children are able to have play dates, go to parks, have soccer/dance classes, and go to school functions. Heather is also involved in Connors cub scout pack as the activity and achievements coordinator.

Every spare moment that Heather has is centered around spending time with her children, nurturing and caring for them. Heather has expressed to me many times her remorse and regrets over her actions and in my opinion she had taken full responsibility for them and would never again place herself in a similar situation. Her greatest concern is that in facing the consequences involved, her children will greatly suffer in her absence. I can not express how important Heather is to our family. I have never seen her so distraught or frustrated with herself as she has been these past few months. I believe that the long term effects of her actions are present in her mind daily and weigh heavily on her. I would like to thank you sincerely for taking the time to read my letter and I hope that this will be of assistance as you make a decision in regards to her sentencing.

Sincerely,

Shannon M Busch

Gina Goldberg

November 30, 2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Of Heather Busch

Dear Judge Kovner,

My name is Gina Goldberg. I am a family worker for the Department of Education. I am a close family friend of Heather Busch's. I was shocked to hear of Heather's situation, but proud that she has taken responsibility for her actions. She has always been a very credible and reliable person. On account of this I am writing this letter in her defense. I am aware of the gravity of this case, however, I am hoping that the court will show her some compassion.

I have known Heather for her entire life. I have watched while she has grown into her roles as daughter, sister, niece, mother, aunt, friend, and police officer. She followed her dad into the NYPD and has been a constant support to her family since his death. She is a devoted mother to her two young children. Her true kindness can be seen in her interactions with her children. She is a supportive and devoted mother that strives to provide her children with the best life possible. Heather has expressed deep contrition for her actions. Knowing Heather, I am sure she will be able to rise above this situation and continue to be a productive member of society.

Please consider the things that I have brought to your attention. In spite of the current situation, I believe Heather to be a good person who deserves a second chance. I can be reached by phone or email if you have any questions for me.

Sincerely,

Gina Goldberg

Josephine Robledo

November 29,2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing of Heather Busch

Dear Judge Kovner,

My name is Josephine Robledo. I am a retired New York City Public School Teacher. I worked with Heather's aunt, Doreen Crinigan. We have been very close friends for over 35 years, so I have known Heather her entire life. I was stunned when I heard about her arrest. This was completely out of character for her. Heather has always been a frank and candid person. Heather is truly sorry for what she has done. Which is why I am writing this letter in support of her. I am aware of the seriousness of her case, but I am hoping the court will show some mercy.

I reside in close proximity to Heather and I see her often as she drives her aunt to my house or picks her up from my house. She is a devoted niece, they have a very close relationship. On these visits, I have had the opportunity to observe Heather with her daughter [redacted]a and son [redacted]r. She is a considerate, kind, and selfless mother: always going somewhere or doing something with her children; park, nature preserve, beach, library, boy scouts, dancing school. It would clearly be damaging to her children if Heather was sent to prison.

Thank you for the opportunity to advocate for Heather Busch. It is my sincere hope the court takes this letter into account at the time of sentencing. Despite the current situation, I believe Heather to be a person of exemplary character, who would be a contributing member of our community. I am available to answer any questions you might have by phone or email.

Sincerely

Josephine Robledo

E

Alaina Bakewicz
[redacted]
[redacted]
[redacted]
[redacted]

November 30, 2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Of Heather Busch

Dear Judge Kovner,

My name is Alaina Bakewicz. I am a family friend of Heather Busch and have been a part of her life since the day she was born. In fact, I am so close that I am her nephew Victor's godmother. I am writing this letter to show support for Heather as she is an integral part of my life. I know that Heather has pled guilty. I am aware of the seriousness of this matter and am thankful that I have this opportunity to advocate on her behalf.

She has been a commendable daughter, sister, niece, mother, aunt, and friend . I have enjoyed watching Heather grow into a wonderful young woman and a caring mother to her two young children, [redacted] and [redacted]. Heather has been a godsend to her mother since the sudden death of her father in 2016. While I was surprised to hear about the offense, it comes as no surprise that she is ready to accept responsibility for it. Heather has expressed deep remorse for her actions. I believe that moving forward, she will learn from her mistakes and emerge as an active and caring member of society.

It is my sincere hope the court takes this letter into consideration at the time of her sentencing. Despite the current case, I believe Heather to be an honorable person, a valuable member of the community, and a good human being. I can be reached by phone or email if you need any clarification.

Sincerely,

Alaina Bakewicz

Dear Judge Kovner,

I am writing you in regards to Heather Busch. My name is Tiffany LaVardera and I would like you to know that Heather and I have been close friends for over 20 years. She is also the Godmother of my [redacted] year old son. It is because of my friendship and understanding of Heather as a person, I would like the chance to speak on her behalf.

Heather and I met as kids and instantly became best friends. From as far back as I can remember, she was always the voice of reason when other kids were getting into trouble. She was also known as the mother in our group of friends. If you needed a ride somewhere or even a shoulder to cry on, she would drop whatever she was doing to help.

Helping was something Heather grew up wanting to do with her time. Her passion for helping led her to join the Police Department. For the past 10 years, Heather has had a reputable and admired career. She has managed to help her community stay safe, all while raising her two amazing children.

For the past 20+ years, Heather has shown me friendship, compassion and what it means to be a good person. I know that Heather is deeply remorseful for what she has done. If she has to go away, it will be devastating to her family, especially her kids. Her kids are her world and she loves being a mother to them.

I appreciate you taking my thoughts and feelings into consideration in this matter. ThankYou for allowing me to support my friend during this time. If you have any questions or concerns you can reach me at,

[redacted]

Sincerely, Tiffany LaVardera

G

Emily W Busch
[redacted]

To the Honorable Judge Kovner,

I am the younger sister of Heather Busch and this letter is being written on her behalf. My name is Emily Busch and I currently reside in Greenwood Lake, NY. My sister will be facing sentencing in February and to my understanding she is fully accepting all of her responsibility in regards to the crime that she is accused of. I would like to share with you the immense positive impact that I believe my sister has had on our community in the hopes that you take this into consideration while determining her sentencing.

When we were growing up, my sister and I didn't always get along. We would argue and bicker but when push came to shove we always had each other's backs. Growing up in Brentwood we were one of the few white families in the area. I remember not understanding why I was being called “White Girl” or “Snowflake” in a derogatory way constantly. I remember being upset and feeling judged without knowing the reasoning for it. In elementary school there was an older boy who walked along the same route as us for part of the way home . He used to call me names, pull my hair and step on my sneakers, teasing me that they were cheap Payless shoes. Heather stuck up for me every time, she managed to talk to the boy who eventually became one of our best friends growing up. Heather was always good at settling people's differences, it was one of the things that made her a great cop.

Heather didn't often talk about work at home. The things she dealt with were stressful and often ugly. She told me that when she was at work she tried to do the right thing by people and that meant constantly putting herself in their shoes, trying to reason out their issues and help them as best as she could. She said that she tried to leave those issues in her locker with her uniform but there were times that I saw she carried them home anyway.

After my son Victor was born, I had to move temporarily back to my mother's home. When [redacted] was around [redacted] years old Heather called and said she was bringing the children over for dinner. After we ate she asked my mom to watch the kids for a few minutes and told me to come outside with my car keys. She immediately went to my son's car seat and inspected it thoroughly. She checked all of the straps and attachments meticulously then grilled me about how Victor was to be buckled into it with the specifications she gave me. I was beginning to get annoyed at standing outside in the cold so I asked her why she was going so crazy over the seat. She told me that earlier that week she had been the first responder to an overturned vehicle accident with a two week old baby inside. The car seat as well as the child were not strapped in at all and the baby was laying on the roof of the truck being crushed by the car seat. When she took the child out he was not breathing and it was bitterly cold outside. Heather carried the child to the back seat of her police car and gave the child CPR while simultaneously

radioing for an ambulance as her partner pulled everyone else out of the truck. That child is still alive today.

Heather never sought or received any recognition for her acts that day. That's just the way she is. When someone needs help she just helps them, to the best of her ability and as quickly as possible. There have been countless times where as a single mother I have relied on Heather to help me with my son [redacted] even if it was inconvenient for her. I know that when he is with her that he is safe, cared for and loved. To trust someone with my child is the highest level of trust that I am capable of.

When I asked Heather to tell me about the circumstances surrounding her arrest, she told me clearly that she had made a bad decision that violated her own ethical standards as well as the standards held to her as a police officer. She shows extreme remorse and has not made any excuses for her actions beyond giving the circumstances behind her poor choice. I ask you to please carefully consider her lifetime of good choices and her life saving actions during her employment as a police officer against the bad decisions that placed her in the position she is in today.

Heather has two children, [redacted] is [redacted] and full of boundless energy. Heather balances this by keeping him busy with soccer practice and a lot of patience. [redacted] has a hard time with concentrating, especially with school and homework. He relies very heavily on his mother to stay on task. [redacted] soon be [redacted] she is shy and quiet. She loves to dance but will only go to class if Heather brings her and watches her as she goes in. I know that Heather reads with both children every night even if it means extending bedtime so that after a busy or difficult day they both feel special and get to spend quality time together. Heather is the primary caretaker for the children as their father works nights.

Thank you for taking the time to read this. It was difficult to think back and write about some of the things that I have mentioned and there is so much more that I could say but can not express it properly through written word. I can only hope that I have given you an idea of the woman that Heather really is and that this helps you to understand her as a person.

Sincerely,

Emily W Busch.

Jonathan G Busch

Dear Judge Kovner,

My Name is Jonathan Busch. I am Heather's Uncle on her father's side. I am a retired Transit Police Officer of The City of New York as was her father. I would like to convey to you Heather's deeply and heartfelt regret for her actions which brought her before your Bench. Heather is well aware of the shame and embarrassment she has brought upon her Department, her City, her Family, and her Legacy.

Heather is a good and caring person. Her love for her family and children is profound. Her willingness to help others has always been an aspect of her being. Heather's patience and calm manor with her children, other people's children in her care or supervision, and adults are a pleasure to observe. These actions she has pled guilty to are out of character.

Heather has talent she could bring to bear to make amends for her actions which are before you. It would be devastating for Heather's Children, her Family, and for Myself should you find otherwise. I thank Your Honor for your time in letting me express my support for my Niece.

Respectfully,

Jonathan Busch

J

Lori Bilboa

November 30th. 2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing Of Heather Busch

Dear Judge Kovner,

My name is Lori Bilboa. I am a close family friend of Heather Busch's. I was shocked to hear about her transgression as she has always been a very moral person that has good principles. That is the reason that I am writing this letter in her support. I am aware of the severity of this case, however, I am hoping that the court will show some leniency.

I have known Heather for her entire life. She has always taken her roles in life very seriously. She took her position as police officer just as seriously, having followed her father, uncle and great grandfather on to the force. While I was shocked to hear about the offense, it comes as no surprise that she is taking responsibility for it. Heather has expressed deep repentance for her actions and in the future. I know Heather will rise above this and continue to be an asset to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Regardless of the current situation, I believe Heather to be a dependable person, a valuable member of the community, and a good human being.

I can be reached by phone or email if you need any clarification.

Sincerely,

Lori Bilboa

Lori Bilboa

Kevin Hyland

November 28, 2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Kovner,

This is being written in support of Heather Busch. It is not meant in any way to minimize her actions but rather to discuss the detrimental effect incarceration would have on her family, specifically her two young children, [redacted] ([redacted] yrs) and [redacted] ([redacted] yrs).

My career spanned 36 years with the NYC Transit Authority. My last 10 years were as VP, Human Resources. It is the humanitarian aspect of this situation that I want to express my opinion and feelings.

I am a cousin of Heather's Mother Ann and her Aunt Doreen. Both Ann and Doreen lived with us in our family home when their mother, Bernice, passed away way too early in life. Their mother, my own mother's youngest sister, was also my god-mother. The girls were 6 and 8 years of age at the time. I believe it would be tragic if a similar unfair burden in life befalls Heather's children. The absence of a mother in a child's life can only have a detrimental effect. Punishment for her errors should not be borne by her children.

I know that Heather's priority is to take proper care of her children. Additionally, she strives to be a contributing member of her community. Heather is remorseful for her actions. I petition you to take the totality of the situation into account as you make your sentencing decision.

Thank you for your consideration.

Sincerely,

K. Hyland

Kevin Hyland


Crinigan

November 30, 2021

Honorable Judge Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sentencing of Heather Busch

Dear Judge Kovner,

My name is Doreen Crinigan. I am a retired New York City Public School teacher, who served my city for 33 years, and currently work for the United Federation of Teachers. I am the aunt and godmother of Heather Marie Busch. I know Heather has plead guilty and I am writing to offer a glimpse of who Heather is and to show that she is far more than the offense she has plead guilty to.

When Heather was a little girl, dancing in a recital, the girl next to her kicked and lost her shoe. The whole line of children stopped and stared in horror. Heather jumped up, grabbed the shoe and gave it back to the girl. The show went on. This exemplifies the type of person Heather was and continues to be. Heather has always been compassionate, generous, and kind. She is the type of person who does what has to be done and keeps moving forward.

To illustrate my close relationship with Heather, I am the godmother to both of her children, Heather is the backbone of our family and is always there for her widowed mother and sisters. Heather is a gentle, good-natured, and caring mother. She has a year old son and a year old daughter Heather is an active member of her community volunteering with her son's Boy Scout troop and is a dance mom that coordinates backstage at her daughter's dance performances. Her children are devoted to her and she to them.

L

Prior to this offense, for over 10 years Heather had a professional, respectful, and courageous career as a police officer. Having known her since the day she was born and in heart to heart discussions with her, I know Heather deeply regrets what she has done. It would be detrimental to all of us, especially her children, for Heather to go to prison since she plays a major support role in our family.

Thank you for allowing me to express my support for Heather and for taking the time to learn a little bit more about my niece. I am available to confirm the information I have provided in this letter by phone or email.

Sincerely

Doreen Crinigan

[illegible] Judge Nichol[illegible]
[illegible]
[illegible]
225 Cadman Plaza East
Brooklyn NY 11201

Re: Sentencing of Heather Bush

Dear Judge,

My name is Catherine V. Shine and Heather Bush
is my cousin. I'm writing this short note to tell you
about Heather. She is a strong young lady. Also a
Mother of two small children [redacted] is [redacted] and [redacted]
is [redacted] years old.

Heather is full of remorse for what she did. Rightly
so it was a dumb stupid thing to do, and get caught up in.
Compleaty not in her carachter. I've watched & seen her
grow up, become a great mother and fit into her community.
She helped as a school mother, also as a helper at scout
functions. Heather was a good cop for ten years. So was her grand
Father, Her own dad also. So what made her do what she
did I don't know. She truly probably doesn't know herself.
She has made a fall from grace, but she will find herself
and make us proud again.

She will take her punishment and learn from it. Please consider the human side of her. She truly messed up but will make it back to the real Heather again. Thank You for your time.

Mrs. Catherine Sheie

**Kevin P Shea**

January 29, 2022

The Honorable Judge Kovner

Your Honor,

My name is Kevin Shea. I am 52 years old and work as a Lieutenant of Police with the New York City Police Department. I have been with the Police Department for almost 18 years.

I have known Heather Busch for 11 years. We met while working. We fell in love and decided to start a family together. We share two children. [redacted] is [redacted] and [redacted] is [redacted].

I lead a modest lifestyle and am not a wealthy person. Having Heather as a partner in raising our children has allowed me to spend more time at home instead of having to work countless hours of overtime. Even with no overtime, I am away from home for 11.5 hours per day, five days per week. Having to work more to make up for the loss of her income will mean an extra day or two not spending time with my children.

Heather has been responsible for some costs associated with raising our children. She has been paying for half of our childcare needs, buying the childrens clothing and most of the food for the household. Due to her loss of her job, I have already had to increase my financial share of these responsibilities and it is taxing my budget.

Heather and I had agreed previously that I would retire from the police department in approximately two years. I wanted to be home each day for the children to help with homework, to be a coach in the sports they choose, to spend the quality time that I have missed out on all too often, while working evening hours and most of every weekend. This has been a goal for me for many years. I am not sure I will be able to retire at that time as the financial burden is further resting on my shoulders to support my family.

This situation has been terribly embarrassing for me. I have what I believe to be an important position within the New York City Police Department and yet someone I had partnered in raising children is accused of doing something the exact opposite of what I believe in and the exact opposite of what I believed Heather to believe in. When news of the larger case against her co-defendants was announced, it was and has been difficult to separate Heather's allegations from the others. I am mortified that she has been included in discussions of allegations against her co-defendants, let alone what she is accused of.

My head still spins as I decipher first: Whose idea was it for another Officer to become involved in her portion of the accusations? Was it the government who suggested it to someone who was cooperating with law enforcement? Was it due to that person being threatened with arrest for this or for something else? Secondly, why did the retired Officer, who wanted her to continue with some of his alleged deeds, choose to ask Heather to participate? Did he see weakness that he could convince her that it was not a problem? Lastly for now, why would Heather agree to this and create a negative impact on our children for the rest of their lives? It couldn't be for a few dollars! Could it? I can not figure it out.

I will struggle with this for the rest of my life. The negative impact has been profound. The rest of my life will continue to be negatively affected by the fact Heather is no longer a Police Officer. Heather can no longer protect my children as I would like. My family can no longer have the stability in various ways that a public sector job can bring. I have lost trust in her to look after the best possible outcomes for anything regarding my children.

You Honor, I trust your judgment. I see no betterment for anyone with a decision to incarcerate or fine her. She can no longer commit the crimes accused of her. It certainly would add to the long list of ways my family has been negatively affected.

I have not discussed the negative impact of everything directly on my children. I'm sure you know just how bad it has been and how much worse it can still be for them. I would be happy to discuss this with you at your convenience.

Thank you for your consideration.

Sincerely,

**Kevin P Shea**

Kevin P Shea